## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2012 AUG 24  PM 3: 23

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL SUASTEGUI,<br><br>Defendant. | CASE NO. 12CR2445-AJB<br><br>BY ___W___ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

\_\_\_\_    an indictment has been filed in another case against the defendant and
        the Court has granted the motion of the Government for dismissal of
        this case, without prejudice; or

\_\_\_\_    the Court has dismissed the case for unnecessary delay; or

_X_     the Court has granted the motion of the Government for dismissal,
        without prejudice; or

\_\_\_\_    the Court has granted the motion of the defendant for a judgment of
        acquittal; or

\_\_\_\_    a jury has been waived, and the Court has found the defendant not
        guilty; or

\_\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

_X_     of the offense(s) as charged in the Indictment:

        8:1326(a)and(b) - Attempted Reentry of Removed Alien

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/22/12

Anthony J. Battaglia
U.S. Magistrate Judge